```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
COREEN SIMMONS,                                                  :
                      Plaintiff(s),                              :
                                                                 :
           -v-                                                   :   1:19-cv-7151 (LJL)
                                                                 :
DEPARTMENT OF VETERANS AFFAIRS and                               :   ORDER
ROBERT L. WILKIE, in his official capacity as                    :
Secretary of the Department of Veterans Affairs,                 :
                                                                 :
                      Defendant(s).                              :
                                                                 X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5.8.2020

LEWIS J. LIMAN, United States District Judge:

    As discussed at the conference today, the following is HEREBY ORDERED:

1. Plaintiff shall file an amended complaint no later than May 27, 2020.

2. Defendant shall respond to the complaint no later than June 27, 2020.

3. A status conference is hereby SET for **July 7, 2020 at 3:00 p.m.** The conference will proceed telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101.

    If Defendant answers the amended complaint, the parties are directed to submit a proposed Case Management Plan and Scheduling Order no later than one week before the conference. A template is available at https://nysd.uscourts.gov/hon-lewis-j-liman.

    If Defendant moves to dismiss the amended complaint, the parties shall submit an agreed-upon briefing schedule along with the moving papers and may move to cancel the conference. The parties need not submit a briefing schedule if they intend to use the deadlines set forth in Local Civil Rule 6.1. *See* Hon. Lewis J. Liman, Individual Practices in Civil Cases, Paragraph 2(J), available at https://nysd.uscourts.gov/hon-lewis-j-liman.

    SO ORDERED.

Dated: May 8, 2020                                                         _____
       New York, New York                                        LEWIS J. LIMAN
                                                                    United States District Judge