```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
COREEN SIMMONS,                                                    :
                              Plaintiff,                           :
                                                                   :
            -v-                                                    :    1:19-cv-7151 (LJL)
                                                                   :
DEPARTMENT OF VETERANS AFFAIRS and                                 :    ORDER
ROBERT L. WILKIE, in his official capacity as                      :
Secretary of the Department of Veterans Affairs,                   :
                                                                   :
                              Defendant.                           :
                                                                   X
-----------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Complaint in this case was filed on September 19, 2019 (Dkt. No. 6). On April 28, 2020, Defendant filed a Motion to Dismiss (Dkt. No. 18). Plaintiff filed its First Amended Complaint on June 1, 2020 (Dkt. No. 25).

      Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed Motion to Dismiss (Dkt. No. 18) is DENIED AS MOOT.

      SO ORDERED.

Dated: June 1, 2020                     _____
      New York, New York                            LEWIS J. LIMAN
                                         United States District Judge